# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**AOK GLOBAL PRODUCTS, LTD., and**
**STRATEGIX, LLC.,**

        **Plaintiffs,**

**-vs-**                                      **Case No. 6:06-cv-791-Orl-31DAB**

**FERNO-WASHINGTON, INC.,**

        **Defendant.**

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Plaintiff's Notice of Voluntary Dismissal without Prejudice (Doc. No. 7), it is

**ORDERED** that this case is DISMISSED without prejudice. Any pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on August 7, 2006.

                                                    GREGORY A. PRESNELL
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party